# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

1307
KA 12-00295
PRESENT: SMITH, J.P., FAHEY, LINDLEY, VALENTINO, AND WHALEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                MEMORANDUM AND ORDER

PEDRO RAMOS-ROMAN, ALSO KNOWN AS EDGAR,
DEFENDANT-APPELLANT.

---

THE LEGAL AID BUREAU OF BUFFALO, INC., BUFFALO (NICHOLAS P. DIFONZO OF
COUNSEL), FOR DEFENDANT-APPELLANT.

FRANK A. SEDITA, III, DISTRICT ATTORNEY, BUFFALO (ASHLEY R. SMALL OF
COUNSEL), FOR RESPONDENT.

---

Appeal from a judgment of the Supreme Court, Erie County (M.
William Boller, A.J.), rendered July 21, 2011.  The judgment convicted
defendant, upon his plea of guilty, of manslaughter in the first
degree.

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed.

Memorandum:  Defendant appeals from a judgment convicting him
upon his plea of guilty of manslaughter in the first degree (Penal Law
§ 125.20 [1]).  We agree with defendant that the oral and written
waivers of his right to appeal from his conviction of that crime do
not encompass his challenge to the severity of his sentence and thus
do not foreclose our review of that challenge (*see People v Maracle*,
19 NY3d 925, 927-928).  We nevertheless conclude that the sentence is
not unduly harsh or severe.

Entered:  December 27, 2013                      Frances E. Cafarell
                                                 Clerk of the Court